1  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001

5  Attorneys for Defendant
   MIRANT CALIFORNIA, LLC
6

7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  FRANK RAYMONDE, | Case No.: C 08-03733 EDL |
| 13           Plaintiff, | **CERTIFICATE OF SERVICE** |
| 14      v. | |
| 15  MIRANT CALIFORNIA, LLC, and Does 1 through 20, inclusive, | Complaint Filed: May 20, 2008<br>Trial Date: None |
| 16 | |
| 17           Defendants. | |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

---
CERTIFICATE OF SERVICE                                                         1
SanFrancisco 105805.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of Contra Costa County. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the following document(s) on the following party(ies) in this action in accordance with Code of Civil Procedure section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
2. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
3. **ECF REGISTRATION INFORMATION HANDOUT AND GUIDELINES;**
4. **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (BOOKLET).**

in said action:

✓ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

___ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

___ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

___ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

___ (by hand) on all parties in said action.

as follows:

| Daniel Ray Bacon<br>Law Offices of Daniel Ray Bacon<br>234 Van Ness Avenue<br>San Francisco, CA 94102-4515 | **_Attorneys for Plaintiff_**<br><br>Telephone:    (415) 864-0907<br>Facsimile:    (415) 864-0989 |
|---|---|

1   I declare under penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct.
3   Executed on August 5, 2008, at San Francisco, California.

*Carol S. Ferrari*
Carol S. Ferrari