1  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001
   jachtert@laborlawyers.com
5
   Attorneys for Defendant
6  MIRANT CALIFORNIA, LLC

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  FRANK RAYMONDE, | Case No.: C 08-03733 EDL |
| 13              Plaintiff, | |
| | **DEFENDANT'S NOTICE TO** |
| 14       v. | **PLAINTIFF OF REMOVAL OF CIVIL ACTION** |
| 15  MIRANT CALIFORNIA, LLC, and Does 1 through 20, inclusive, | |
| 16 | Complaint Filed: May 20, 2008 |
| 17              Defendants. | Trial Date: None |

18  TO PLAINTIFF FRANK RAYMONDE AND HIS ATTORNEY OF RECORD:

19         PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the

20  United States District Court for the Northern District of California, on August 5, 2008. The

21  U.S. District Court has assigned the following case number: C 08-03733 EDL.

22         A true and correct copy of the Notice of Removal is attached to this Notice as Exhibit

23  A, and is served herewith.

24  DATED: August 5, 2008                    FISHER & PHILLIPS LLP

25

26                                           By: _____
27                                               Jennifer K. Achtert
                                                 Attorneys for Defendant
28                                               MIRANT CALIFORNIA, LLC

---

DEFENDANT'S NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION                    1
SanFrancisco 105767.1