| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Steve W. Likens, Esq.
Kiesewetter Wise Kaplan Prather, PLC
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125

FILED
08 AUG 21 PM 3: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK RAYMONDE,

        Plaintiff(s),

    v.

MIRANT CALIFORNIA, LLC, and DOES 1 through 20, inclusive,

        Defendant(s).

CASE NO. C 08-03733 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, **STEVE W. LIKENS**, an active member in good standing of the bar of **PLEASE SEE ATTACHMENT 1**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **MIRANT CALIFORNIA, LLC** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jennifer K. Achtert, Fisher & Phillips, LLP, One Embarcadero Ctr., #2340, San Francisco, CA 94111-3712 (415) 490-9000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/18/2008

_____
STEVE W. LIKENS

United States District Court
Northern District of California
Case No.: C-08-03733-EDL

Frank Raymond
Mirant California, LLC, et al.

## ATTACHMENT "1"

## APPLICATION FOR ADMISSION
## OF ATTORNEY *PRO HAC VICE*

**STEVE W. LIKENS** is an active member in good standing of the bar of:

1. State of Tennessee
2. State of Mississippi
3. The U.S. Supreme Court
4. The Court of Appeals for the 6th Circuit
5. The U.S. District Court of W.D. and M.D. of Tennessee
6. N.D. of Mississippi
7. W.D. and E.D. of Arkansas

1. SanFrancisco 105950.1