COPY

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
Northern District of California

E-FILED

RECEIVED
08 AUG 21 PM 3:54
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK RAYMONDE,

                Plaintiff(s),

v.

MIRANT CALIFORNIA, LLC, and
DOES 1 through 20, inclusive,

                Defendant(s).

CASE NO. C 08-03733 EDL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

STEVE W. LIKENS            , an active member in good standing of the bar of
SEE ATTACHMENT 1           whose business address and telephone number
(particular court to which applicant is admitted)
is
Kiesewetter Wise Kaplan Prather, P.C., 3725 Champion Hills Drive, Suite 3000, Memphis, TN 38125
,
having applied in the above-entitled action for admission to practice in the Northern District of
California on a *pro hac vice* basis, representing Defendant, MIRANT CALIFORNIA, LLC         .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designated in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                          Elizabeth D. Laporte
                                                                          United States Magistrate Judge

United States District Court          Frank Raymond
Northern District of California        Mirant California, LLC, et al.
Case No.: C-08-03733-EDL

## ATTACHMENT "1"

## APPLICATION FOR ADMISSION
## OF ATTORNEY *PRO HAC VICE*

---

**STEVE W. LIKENS** is an active member in good standing of the bar of:

1. State of Tennessee
2. State of Mississippi
3. The U.S. Supreme Court
4. The Court of Appeals for the 6th Circuit
5. The U.S. District Court of W.D. and M.D. of Tennessee
6. N.D. of Mississippi
7. W.D. and E.D. of Arkansas

1.  SanFrancisco 105950.1