UNITED STATES DISTRICT COURT
Northern District of California

FRANK RAYMONDE,

CASE NO. C 08-03733 EDL

Plaintiff(s),

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

v.

MIRANT CALIFORNIA, LLC, and DOES 1 through 20, inclusive,

Defendant(s).
_____/

STEVE W. LIKENS, an active member in good standing of the bar of SEE ATTACHMENT 1 whose business address and telephone number (particular court to which applicant is admitted) is

Kiesewetter Wise Kaplan Prather, P.C., 3725 Champion Hills Drive, Suite 3000, Memphis, TN 38125

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, MIRANT CALIFORNIA, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug 27, 2008

_____
Elizabeth D. Laporte
United States Magistrate Judge