UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK RAYMONDE

Plaintiff(s),

v.

MIRANT CALIFORNIA, LLC, and DOES 1 through 20, inclusive

Defendant(s).

No. C 08-03733 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/29/08

Signature _____

Counsel for Defendant Mirant California
(Plaintiff, Defendant, or indicate "pro se")