**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
—————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                       415.522.2000

**September 3, 2008**

**CASE NUMBER:  CV 08-03733 EDL**
**CASE TITLE:  FRANK RYMONDE-v-MIRANT CALIFORNIA LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H.ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/3/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 9/3/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA