IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK RAYMONDE,

    Plaintiff,

  v.

MIGRANT CALIFORNIA LLC,
and DOES 1 through 20, inclusive,

    Defendants.

No. C 08-03733 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    The Court **DENIES** defendant's request to attend the case management conference by telephone. The telephone equipment in the courtroom will not make it feasible to do this. Local counsel can report on the outcome of the case management conference.

**IT IS SO ORDERED.**

Dated: November 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE