Timothy J. Murphy (State Bar No. 54200)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA  94111-3712
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001
jachtert@laborlawyers.com

Steven W. Likens (admitted *pro hac vice*)
Kiesewetter Wise Kaplan Prather, PLC
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone:     (901) 795-6695
Facsimile:      (901) 795-1646
slikens@kwkplaw.com

Attorneys for Defendant
MIRANT CALIFORNIA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAYMONDE,<br><br>                          Plaintiff,<br><br>     v.<br><br>MIRANT CALIFORNIA, LLC, and Does 1 through 20, inclusive,<br><br>                          Defendants. | Case No.:  C 08-03733 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATES**<br><br>Complaint Filed:  May 20, 2008<br>Trial Date:  November 30, 2009 |

Due to the need on the part of the Parties to extend the time for completion of discovery so as to insure the full preparation for trial, and the retention of appropriate expert witnesses, the Parties, by and through their counsel, hereby stipulate to a forty-five (45) day extension of the discovery deadlines set forth below.

In particular, the Parties agree that a continuance of the discovery deadlines is necessary and appropriate due to the lengthy illness of Defendant's lead counsel, Steve Likens, and the resulting conflicts with the trial schedule of Plaintiff's counsel.  Mr. Likens was admitted to a

1  hospital in New Orleans on February 18, 2009, while traveling on business. After returning to
2  his home in Senatobia, Mississippi, the following week, he remained under his doctor's care
3  and off work for several weeks. Then, on March 13, 2009, he was admitted to Baptist
4  Memorial Hospital-DeSoto in Southaven, Mississippi, for further treatment. There, he
5  underwent two lung surgeries and remained in the hospital until March 31, 2009, after which he
6  remained off work and restricted from driving. His doctors released him to return to work on
7  May 1, but continue to restrict him from lifting and traveling for four more weeks. Mr. Likens
8  will take the deposition of Plaintiff, defend the depositions of any of Defendant's management
9  employees, and will attend any other depositions scheduled in this case. Further, Plaintiff's
10 counsel, Daniel Bacon, is starting trial against the San Francisco Zoo this month, and has trials
11 scheduled in June and July, as well.
12        IT IS HEREBY AGREED AND STIPULATED by and between the parties, through
13 their respective counsel, that the relevant discovery deadlines be continued for 45 days, as
14 follows:
15
16 | Event | Present Schedule | Continued Schedule |
   |---|---|---|
17 | Non-expert discovery cut-off | July 31, 2009 | September 14, 2009 |
18 | Expert witness disclosure | July 31, 2009 | September 14, 2009 |
19
20 The deadlines for disclosing responsive expert testimony and reply expert testimony, as well as
21 the deadlines for completion of expert discovery and for service of the list of issues for expert
22 testimony shall be calculated from the continued dates.
23
24        The other deadlines set forth in the Case Management Order and Reference to ADR
25 Unit for Mediation filed November 21, 2008, shall remain in place.
26 / / /
27 / / /
28 / / /

**STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF DATES  C-08-03733 WHA**   2
SanFrancisco 108614.1

IT IS SO STIPULATED:

Dated:  May _____, 2009                    LAW OFFICES OF DANIEL RAY BACON


                                           By: _____
                                           DANIEL RAY BACON
                                           Attorneys for Plaintiff Frank Raymonde


Dated:  May 7, 2009                        FISHER & PHILLIPS LLP


                                           By: /s/ Jennifer K. Achtert_____
                                           JENNIFER ACHTERT
                                           Attorneys for Defendant Mirant California, LLC


**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the scheduled dates regarding discovery are continued as follows:

| Event | Present Schedule | Continued Schedule |
| --- | --- | --- |
| Non-expert discovery cut-off | July 31, 2009 | September 14, 2009 |
| Expert witness disclosure | July 31, 2009 | September 14, 2009 |

The deadlines for disclosing responsive expert testimony and reply expert testimony, as well as the deadlines for completion of expert discovery and for service of the list of issues for expert testimony shall be calculated from the continued dates.

The other deadlines set forth in the Case Management Order and Reference to ADR Unit for Mediation filed November 21, 2008, shall remain in place.

Dated:  May 13, 2009                       _____
                                           Hon. William H.
                                           UNITED STATES

IT IS SO ORDERED
Judge William Alsup