IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK RYMONDE,

    Plaintiff,

v.

MIRANT CALIFORNIA LLC, and DOES 1 through 20, inclusive,

    Defendants.
/

No. C 08-03733 WHA

**ORDER SETTING HEARING FOR PLAINTIFF'S DISCOVERY DISPUTE AND VACATING 10/22/2009 HEARING**

    The Court is in receipt of plaintiff's discovery dispute dated September 13, 2009, with a hearing date for October 22. Please review the Court's supplemental order filed September 9, 2008, concerning procedures to be followed in this Court. Plaintiff also needs to send a hard copy of any e-filing to the Court by noon following the e-filing in accordance with the local rules, including the motion e-filed on September 13.

    The Court **SETS** a further meet-and-confer for **FRIDAY, SEPTEMBER 25, 2009, AT 9:00 A.M.** in the Court's jury room located on the 19th floor of the federal courthouse. At 11:30 a.m. on that same day, the Court shall hear any remaining unsolved issue(s) in courtroom No. 9. Defendant's response is due by **NOON ON SEPTEMBER 24**. Please note only those counsel who participate in the further meet-and-confer may argue at the hearing. The hearing noticed for October 22, 2009, at 8:00 a.m. is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: September 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE