IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK RAYMONDE

        Plaintiff,

v.

MIRANT CALIFORNIA, LLC, and Does 1 through 20, inclusive

        Defendant.

CASE NO. C08-03733 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul E. Prather, whose business address and telephone number is Kiesewetter Wise Kaplan Prather, PLC, 3725 Champion Hills Drive, Suite 3000, Memphis, TN 38125 (901) 795-6695

and who is an active member in good standing of the bar of Tennessee & District Courts of AZ, AR, MS, and TN having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant Mirant California, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 17, 2010.



Hon. William
United St
Judge William Alsup